**FILED**
3:17-CV-252-DJH   VANESSA L. ARMSTRONG, CLERK
APR 21 2017

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# United States District Court
## for the Western
## District of Kentucky
## _____ Division

| | | |
|---|---|---|
| Joe A. Browder, Jr. | ) | Case No. |
| | ) | *(to be filled in by the Clerk's Office)* |
| Plaintiff(s) | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |
| -v- | ) | |
| Conduent Payment Integrity Solutions | ) | |
| 5500 Pearl St., Ste. 100, Rm. 120 | ) | |
| Rosemont, Il. 60018; | ) | |
| AND | ) | |
| Dixie Law Group, PSC | ) | |
| 4917L Dixie Hwy. | ) | |
| Louisville, Ky. 40216 | ) | |
| Defendant(s) | | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | | |

## COMPLAINT AND REQUEST FOR INJUNCTION

1

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joe A. Browder, Jr. |
| Street Address | P.O. Box 1071 |
| City and County | Louisville, Jefferson |
| State and Zip Code | Kentucky 40201-1071 |
| Telephone Number | (502)356-5114 |
| E-mail Address | jbrowder1957@hotmail.com |

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Conduent Payment Integrity Solutuions |
| Job or Title (if known) | |
| Street Address | 5500 Pearl St., Ste. 100, Rm. 120 |
| City and County | Rosemont, (County unknown) |
| State and Zip Code | Illinois 60018 |
| Telephone Number | (800)442-2911 |
| E-mail Address (if known) | unknown |

Defendant No. 2

| | |
|---|---|
| Name | Dixie Law Group, PSC |
| Job or Title (if known) | |

2

| | |
|---|---|
| Street Address | 4917-L Dixie Hwy. |
| City and County | Louisville, Jefferson |
| State and Zip Code | Kentucky 40216 |
| Telephone Number | (502)615-0490 |
| E-mail Address *(if known)* | jmay@dixielawgroup.com |

| Defendant No. 3 | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

| Defendant No. 4 | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

| X | Federal question | X | Diversity of citizenship |

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

4

| | |
|---|---|
| and has its principal place of business in the State of *(name)* | . |

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   | | | |
   |---|---|---|
   | The defendant, *(name)* | | , is a citizen of |
   | the State of *(name)* | | . Or is a citizen of |
   | *(foreign nation)* | | . |

   b. If the defendant is a corporation

   | | | |
   |---|---|---|
   | The defendant, *(name)* | Conduent | , is incorporated under |
   | the laws of the State of *(name)* | Illinois | , and has its |
   | principal place of business in the State of *(name)* | Illinois | . |
   | Or is incorporated under the laws of *(foreign nation)* | | , |
   | and has its principal place of business in *(name)* | | . |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy the amount the plaintiff claims the defendant owes or the amount at stake is more than $75,000, not counting interest and costs of court, because *(explain)*:

5

| | $2,983.49 in Plaintiff"s funds plus Interest @ 10% annually, from January 1, 2017 to resolution; AND $75,000.01 in Compensatory/Punitive/Other damages |
|---|---|

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

| A. | Where did the events giving rise to your claim(s) occur? |
|---|---|
| | Dixie Hwy office of Dixie Law Group in LouisvilleKy. |

| B. | What date and approximate time did the events giving rise to your claim(s) occur? |
|---|---|
| | January, 2017 during normal business hours and continuing through the present |

| | |
|---|---|
| C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* | |
| | That Conduent, a foreign corporation, and purportedly a collection agency for the Kentucky Passport Health Plan (medicare) has placed a lien on $2,983.49 of Plaintiff's monies from an auto insurance settlement claiming Plaintiff owes this amount for reimbursement for 2016 medical treatments arising from a November 5, 2015 auto collision. The amount is not disputed, however the lien should properly be against the (award/damages) recovered from a different March 27, 2015 collision, as that was what the 2016 threaments were actually for, and proof thereof (records and billing) has been submitted to Conduent through Dixie Law Group Custodian of said funds. Wherefore Conduent, through Dixie Law Group is Unlawfully Denying me Access to my own monies in violation of the Federal Due Process Laws and Civil Rights Laws, and said deprivation has, and continues to cause me financial hardship and physical and emotional distress. |

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

| | |
|---|---|
| | Damages at a later time cannot relieve the current financial hardship as I am indebted largely as the result of the Defendant's actione and said debt will be largely resolved by the release of my funds. Also, were said funds properly in my possession< I could have invested them and potentially gained 10% or more interest per annum. |

| | |
|---|---|
| V. | Relief |

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

> I respectfully request injunctive relief in the form of a writ ordering Conduent to remove the lien, Dixie Law Group to turn over to me my monies, and Compensatory/Punitive Damages in the amount stated above; AND
> All other just and proper relief.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| Date of signing: | April 21, 2017 |
|---|---|
| Signature of Plaintiff | *[signature]* |
| Printed Name of Plaintiff | Joe A. Browder, Jr. |

### B. For Attorneys

| Date of signing: | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Street Address | |

9

| | |
|---|---|
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

PRESS FIRMLY TO SEAL     PRESS FIRMLY TO SEAL     **PRIORITY MAIL POSTAGE REQUIRED**

# PRIORITY® ★ MAIL ★

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

FROM:
JOE A. BROWDER, JR
P.O. BOX 1071
LOUISVILLE, KY 40201-1071

TO:
CLERK
U.S. DISTRICT COURT
601 W. BROADWAY, RM. 106
LOUISVILLE, KY 40202

17 APR 24 AM 10:15

FILED JS
U.S. DISTRICT COURT
WESTERN DISTRICT KY

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.


PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


**UNITED STATES POSTAL SERVICE®**