UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JOE A. BROWDER, JR.,                                                                                  Plaintiff,

v.                                                                                  Civil Action No. 3:17-cv-252-DJH

CONDUENT PAYMENT INTEGRITY
SOLUTIONS *et al.*,                                                                          Defendants.

\* \* \* \* \*

## **ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

It is also ordered that the outstanding motion (DN 2) is **DENIED as moot**.

There being no just reason for delay in its entry, this is a **final Order**.

This Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:


cc:      Plaintiff, *pro se*
         Defendants
4415.005